UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD CALVIN,<br><br>               Plaintiff,<br><br>   v.<br><br>JERI BOE, et al.,<br><br>              Defendant. | CASE NO. 3:22-cv-05217-RSM-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, all objections, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is DISMISSED with prejudice. Plaintiff's motions, Dkts. 7-9 are DENIED.

    (3)    The Clerk shall provide a copy of this Order to Plaintiff.

DATED this 1st day of July, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1